## Commonwealth *v.* Casey et ux., Appellants.

Argued November 13, 1970. *Thomas H. Welsh,* with him *Metz, Cook, Hanna & Kelly,* for appellants; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.